EDGAR MANUKYAN, SB# 314606
**MANUKYAN LAW FIRM, APC**
  E-Mail: edgar@manukyanlawfirm.com
505 N. Brand Blvd., Suite 810
Glendale, CA 91203
Telephone: 818.559.4444 / Facsimile: 818.746-4420

Attorneys for Plaintiff SHAHE SEKAYAN

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
JOHN HAUBRICH, JR., SB# 228341
  E-Mail: John.Haubrich@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 / Facsimile: 213.250.7900

JESSICA F. HAHN, SB# 199269
  E-Mail: Jessica.Hahn@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200 / Facsimile: 714.850.1030

Attorneys for Defendant BEN BRIDGE JEWELER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHE SEKAYAN, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>BEN BRIDGE JEWELER, INC., a<br>Washington Corporation and DOES 1<br>through 20, Inclusive,<br><br>           Defendants. | Case No. 2:21-cv-07856-SB (KKx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>Removal Filed:    October 1, 2021<br>Action Filed:      August 31, 2021 |

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shahe Sekayan and Defendant Ben Bridge Jeweler, Inc. (collectively, the "Parties") by and through their respective attorneys of record stipulate as follows:

4866-7279-9759.1

1     WHEREAS, the Parties have exchanged a fully executed settlement

2  agreement resolving this matter in its entirety.

3     WHEREAS, the Parties stipulate to the dismissal with prejudice of this action,

4  including all claims and counterclaims, with each party to bear its own attorneys'

5  fees and costs.

6     WHEREAS, the Parties request that the Court enter the [Proposed] Order of

7  Dismissal that is being lodged contemporaneously with this stipulation.

8

9  DATED:  February 28, 2022          MANUKYAN LAW FIRM, APC

10

11

12                                     By: _____/s/ Edgar Manukyan_____

13                                          Edgar Manukyan
                                           Attorneys for Plaintiff

14                                          SHAHE SEKAYAN

15

16

17

18  DATED:  February 28, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

19

20

21                                     By: _____/s/ Jessica F. Hahn_____

22                                          Jessica F. Hahn
                                           Attorneys for Defendant

23                                          BEN BRIDGE JEWELER, INC.

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW