JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHE SEKAYAN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>BEN BRIDGE JEWELER, INC., a Washington Corporation and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No. 2:21-cv-07856-SB (KKx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>Removal Filed:  October 1, 2021<br>Action Filed:     August 31, 2021 |

Upon review of Plaintiff Shahe Sekayan and Defendant Ben Bridge Jeweler, Inc.'s Stipulation for Dismissal of Action with Prejudice, the Court hereby orders that the above-captioned action is dismissed in its entirety, with prejudice, and that the parties bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: March 1, 2022

_____
Honorable Stanley Blumenfeld, Jr.
United States District Court

4854-5396-1487.1